# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of itself and a class, ) ) ) ) | |
| Plaintiff, ) ) | 3:14-cv-3210-RM-TSH |
| v. ) ) | Judge Mills |
| TRUXTON, INC., formerly known as C.O. Truxton, Inc., and JOHN DOES 1-10, ) ) ) ) | Magistrate Judge Tom Schanzle-Haskins |
| Defendants. ) ) | |

## FED.R.CIV.P. 41(a) STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed R. Civ. Proc. 41(a) and the agreement entered into between the Parties in the above matter, Plaintiff hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

/s/ Dulijaza (Julie) Clark
One of the Attorneys for Plaintiff

Daniel A. Edelman
Cathleen M. Combs
Julie Clark
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

/s/ Justin M. Penn
One of the Attorneys for Defendant

Justin M. Penn
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312) 704-3000
Facsimile: (312) 704-3001

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on February 23, 2015, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

Justin M. Penn
HINSHAW & CULBERTSON
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
jpenn@hinshawlaw.com

                                           /s/ Dulijaza (Julie) Clark
                                           Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)